**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CION ADONIS PERALTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. DUSOVICH,<br><br>　　　　　Defendant. | No. CV 06-4989-JVS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation concerning plaintiff's Motion for Summary Judgment, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation concerning plaintiff's Motion for Summary Judgment is adopted.

/

/

/

/

2. Plaintiff's Motion for Summary Judgment is denied.

3. The clerk shall serve this order on all counsel or parties of record.

DATED: February 4, 2009

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE