# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CION ADONIS PERALTA,<br><br>            Plaintiff,<br><br>       v.<br><br>A. DUSOVICH,<br><br>            Defendant. | No. CV 06-4989-JVS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Plaintiff's motion for summary judgment is granted.
3. Judgment shall be entered dismissing this action with prejudice

1  4. The clerk shall serve this order on all counsel or parties of record.

4  DATED: July 30, 2009

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2