UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CION ADONIS PERALTA, | ) | No. CV 06-4989-JVS (PLA) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| A. DUSOVICH, | ) | |
| Defendant. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 30, 2009

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE